## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Juan Aguilar

                Plaintiff,

v.                                 Case No.: 1:23−cv−16651
                                                 Honorable Charles P. Kocoras

City of Cicero, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 26, 2024:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's unopposed motion to amend the complaint [27] is granted. The amended complaint is due by 7/22/24. Defendants shall answer the complaint or otherwise plead by 8/21/24. Hearing set for 7/2/24 is stricken. Initial telephonic status hearing set for 7/9/24 is reset to 8/27/2024 at 9:50 a.m. For the telephonic status hearing, parties are to use the following call−in number: (888) 684−8852, conference code 8819984. Counsel must type in their name when joining the call. Throughout the call, each speaker will be expected to identify themselves for the record before speaking. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.